UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


EVARISTO ROSARIO

      v.                                    C.A. No. 14-523 ML

MAGISTRATE JOHN F. MCBURNEY, III, et al.

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on December 18, 2014. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation in it's entirety. Plaintiff's Application to Proceed Without Prepayment of Fees is denied and the Complaint is hereby DISMISSED pursuant to 28 U.S.C. §§ 1915 (e)(2), 1915A.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
January 20, 2015