UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EVARISTO ROSARIO

      v.                              CA 14-523 ML

MAGISTRATE JOHN F. MCBURNEY III,
et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on March 10, 2015. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* is hereby DENIED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
March 30, 2015